**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BARBARA MORGAN,<br><br>         Plaintiff,<br><br>    v.<br><br>CNU OF NEVADA, LLC,<br><br>         Defendant. | Case No. 2:16-cv-00820-APG-GWF<br><br>**ORDER STAYING DEADLINES AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS** |

In light of the notice of settlement (ECF No. 7),

IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendant CNU of Nevada, LLC are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendant CNU of Nevada, LLC on or before September 7, 2016.

DATED this 12th day of July, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE